**Jesus CASTRO–TRIANA; et al., Petitioners,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 01–70699.

INS Nos. A75–484–383, A75–484–384, A75–484–385, A75–484–386, A75–484–387.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Johnson's request for oral argument.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Jesus Castro–Triana, a native and citizen of Mexico, petitions pro se for review of an order of the Board of Immigration Appeals ("BIA") affirming an Immigration Judge's determination that Castro–Triana and his family were statutorily eligible for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252.

We deny the petition for review because Castro–Triana's contentions that the Illegal Immigration Reform and Immigrant Responsibility Act's permanent rules are impermissibly retroactive when applied to him, and that the Nicaraguan Adjustment and Central American Relief Act violates equal protection are foreclosed by our decision in *Jimenez–Angeles v. Ashcroft*, 291 F.3d 594, 602 (9th Cir.2002).

**PETITION DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).